UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

       Plaintiff,

vs.                               Case No. 01-80259-3
                                   Hon. John Corbett O'Meara

HACHEM HACHEM,

       Defendant.
_____/

## ORDER

This cause having come before this Court by motion, and the Court being fully advised in

the premises,

IT IS HEREBY ORDERED that Defendant's motion to terminate supervised release is

DENIED.



                           s/John Corbett O'Meara
                           John Corbett O'Meara
                           United States District Judge


Dated:  May 26, 2006